UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **TARGETED JUSTICE INC.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 6:24-cv-00016 |
| | § | |
| **OFFICE OF THE ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF JUSTICE** | § § § | |
| | § | |
| *Defendant.* | § | |

**DEFENDANT'S REPLY IN SUPPORT OF
MOTION FOR PROTECTIVE ORDER**

Defendant the United States Department of Justice, along with its component co-Defendant the Office of Information Policy ("OIP") (collectively, "Defendant") files this reply to address a few matters raised by Plaintiff in its Opposition, Dkt. 14. First, consistent with Fed. R. Civ. P. 26(c)(1), Counsel for Defendant conferred in good faith with Plaintiff's counsel prior to filing Defendant's Motion for Protective Order, Dkt. 11. In Exhibit 2 to Plaintiff's Opposition, Dkt. No. 14-2, Plaintiff's counsel neglected to include her response to Counsel for Defendant's November 18, 2024 email. *See* Dkt. 14 at 3. The complete e-mail chain, including that response from Plaintiff's counsel, is attached hereto as Exhibit A. In sum, Plaintiff's counsel simply responded that she opposed the motion for protective order but made no request for a phone call or effort to confer further. Defendant then filed its Motion for Protective Order on November 20, 2024. *See* Dkt. 11. Second, as it concerns Plaintiff's allegations related to Defendant's actions in responding to Plaintiff's FOIA request at issue in this case (and notably unrelated to the motion pending before this Court), including, but not limited to "fail[ing] to produce a single responsive document" and "improperly withhold[ing] responsive

1

documents," *see* Dkt. 14 at 5 and 9, Defendant reiterates that OIP's final response to Plaintiff's FOIA request, dated November 14, 2024, and transmitted to Plaintiff's counsel on November 18, 2024, confirms that OIP conducted searches and located no records responsive to Plaintiff's request. *See* Dkt. No. 11-2. To the extent that Plaintiff seeks to challenge this determination that OIP did not identify any responsive records, Plaintiff is needlessly delaying its opportunity to do so by seeking the Court's intervention through this discovery motion. Any such challenge merits summary judgment briefing on the adequacy of OIP's search, which is precisely the vehicle through which Plaintiff's allegations of improper withholding of agency records would be addressed. *See generally* Def. Mot. 2-4.

Relatedly, Defendant emphasizes that the motion pending before this Court is whether discovery should be stayed until after Defendant files a motion for summary judgment.[1] To the extent that Plaintiff's Opposition challenges the adequacy of OIP's search and raises concerns about OIP's final response to Plaintiff's FOIA request, including, but not limited to the specific language within the four corners of OIP's final response letter, *see generally* Dkt. 14 at 10-14, Defendant maintains its position that summary judgment briefing, which will include the submission of a sworn declaration describing in detail the search OIP conducted, will provide sufficient information for the Court to determine whether discovery is appropriate.[2]  *See generally* Def. Mot. 2-4.

## CONCLUSION

As discussed in its original Motion for Protective Order and above, Defendant again urges the Court to grant its motion for a protective order, pursuant to Fed. R. Civ. P. 26(c).

Dated: December 23, 2024.

---

[1] And then, only after the Court determines that Plaintiff has shown such discovery is appropriate.
[2] Defendant remains willing to meet and confer with Plaintiff to attempt to narrow or eliminate issues requiring this Court's intervention, but notes that it is ready, willing, and able to proceed to summary judgment briefing once scheduled. All the challenges that Plaintiff raised in its Opposition regarding OIP's final response should be addressed in summary judgment briefing.

Respectfully submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By: */s/ Lander B. Baiamonte*
LANDER B. BAIAMONTE
Assistant United States Attorney
Southern District of Texas No.: 3312493
Texas State Bar No.: 24103831
800 N. Shoreline Blvd., Suite 500
Corpus Christi, TX 78401
Telephone No.: (361) 888.3111
Facsimile No.: (361) 888.3200
E-Mail: lander.baiamonte@usdoj.gov

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on December 23, 2024, the foregoing was filed and served on counsel for Plaintiff via the Court's CM/ECF service.

*/s/ Lander B. Baiamonte*
Lander B. Baiamonte
Assistant United States Attorney